IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION  NO. 02-619-2 |
| v. | : | |
| | : | CIVIL ACTION NO. 16-3139 |
| JIMMY BROWN | : | |

# **ORDER**

AND NOW, this 24th day of March, 2022, upon consideration of Defendant Jimmy Brown's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Document No. 194) and the Government's Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

IT IS FURTHER ORDERED that the Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,       C.J.